UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**MDD_skgchambers@mdd.uscourts.gov**
**(410) 962-4953**
**(410) 962-2985 - Fax**

September 19, 2011

Scott C. Borison, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD  21703

Peter A. Holland, Esq.
The Holland Law Firm PC
P.O. Box 6268
Annapolis, MD  21401-0268

Jeffrey C. Turner, Esq.
Surdyk, Dowd & Turner
One Prestige Place, Suite 700
Miamisburg, OH  45342

    Re:  Wayne Bradshaw v. Hilco Receivables, LLC
         Civil No. RDB-10-113
         Kevin Shipman v. Hilco Receivables, LLC
         Civil No. RDB-11-920

Dear Counsel:

      As you know, a mediation was held today and I am pleased with the significant progress that you made in resolving the case.  The parties agreed, however, that some additional information needed to be exchanged in order to complete the evaluation and negotiations.  Defendants shall provide to plaintiffs by **October 5, 2011**, the status of all of the cases and accounts within the class definition, with a copy to the Court.  At the same time, the defendants will respond to plaintiffs' last demand.  The parties should continue negotiations and a status call will be held with me on **Thursday, October 13, 2011, at 8:00 a.m.**  I would appreciate it if plaintiff's counsel would set up the call.  I will allow some time for phone mediation with the two sides if the case has not

been resolved through your own efforts.

    Thank you for your hard work today.

    Despite the informal nature of this letter, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                              Sincerely yours,


                              /s/

                            Susan K. Gauvey
                            United States Magistrate Judge